UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Application granted.

SO ORDERED.

_____

Hon. Ronnie Abrams
January 28, 2026

In Re: Ditech Holding Corporation,

Mr. Robert Campbell,

*Appellant*,

v.

Wind Down Estates, et. al.,

*Appellees*.

Case No. 25-cv-09998

Bankruptcy Appeal

## ROBERT CAMPBELL'S FIRST MOTION FOR 30 DAY EXTENSION TO FILE OPENING BRIEF

Now Comes Secured Creditor, Mr. Robert Campbell, ("Appellant") and hereby files this motion requesting a 30 day extension in which to file his opening brief.

Appellant's brief is currently due on January 29, 2026 (ECF 5).  Due to a pressing matter in another bankruptcy case Appellant respectfully requests a 30 day extension in which to file his opening brief.  If granted the brief would be due on March 2, 2026.

Wherefore Appellant respectfully requests he have up to, and including, March 5, 2026 (3 days for mail service) in which to file his opening brief.

Dated this 19th of January, 2026.

/s/  R. Campbell
R. Campbell
1275 US – 1
Suite # 2-231
Vero Beach, FL 32960
rcampbellvm@gmail.com

-1-

-2-

## CERTIFICATE OF SERVICE

This is to certify that I have filed with the clerk of the court and sent by electronic mail the foregoing motion to:

### Appellees

Debtor Greentree Servicing, LLC.
Wind Down Estates
Attorneys for Debtor Greentree Servicing, LLC. and
Wind Down Estates
Richard W. Slack
richard.slack@weil.com
Sunny Singh
sunny.singh@weil.com
Weil, Gotshal & Manges LLP.
767 Fifth Avenue
New York, NY 10153

Sheila Ann Gibson,
Jordan A. Cole,
Courtney M. Cole
Mr. David J. Wolkenstein, Esq.
david.wolkenstein@fnf.com

*Dated this 19 day of January, 2026.*

/s/  R. Campbell