Application granted.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED.

_____

Hon. Ronnie Abrams
March 9, 2026

In Re: Ditech Holding Corporation,

Case No. 25-cv-09998

Mr. Robert Campbell,

Bankruptcy Appeal

                                    *Appellant*,

        v.

Wind Down Estates, et. al.,

                                    *Appellees*.

**ROBERT CAMPBELL'S SECOND MOTION FOR 2 DAY EXTENSION TO FILE OPENING BRIEF**

Now Comes Secured Creditor, Mr. Robert Campbell, ("Appellant") and hereby files this motion requesting a two day extension in which to file his opening brief.

Appellant's brief is currently due today, March 5, 2026 (ECF 9)(3 days for mail service). Due to a pressing matter in another bankruptcy case Appellant respectfully requests a two day extension in which to file his opening brief.  If granted the brief would be due on March 9, 2026.

Wherefore Appellant respectfully requests he have up to, and including, March 9, 2026 in which to file his opening brief.


Dated this 5th of March, 2026.



                                        /s/  R. Campbell
                                         R. Campbell
                                         1275 US – 1
                                         Suite # 2-231
                                         Vero Beach, FL 32960
                                         rcampbellvm@gmail.com


-1-

-2-

**CERTIFICATE OF SERVICE**

This is to certify that I have filed with the clerk of the court and sent by electronic mail the foregoing motion to:

**Appellees**

Debtor Greentree Servicing, LLC.
Wind Down Estates
Attorneys for Debtor Greentree Servicing, LLC. and
Wind Down Estates
Richard W. Slack
richard.slack@weil.com
Sunny Singh
sunny.singh@weil.com
Weil, Gotshal & Manges LLP.
767 Fifth Avenue
New York, NY 10153

Sheila Ann Gibson,
Jordan A. Cole,
Courtney M. Cole
Mr. David J. Wolkenstein, Esq.
david.wolkenstein@fnf.com

*Dated this 5th day of March, 2026.*

/s/  R. Campbell