Application granted. The Clerk of Court is hereby directed to mail a copy of this endorsement to Mr. Campbell.

SO ORDERED.

Hon. Ronnie Abrams
March 13, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Ditech Holding Corporation,

Mr. Robert Campbell,

*Appellant*,
v.

Wind Down Estates, et. al.,

*Appellees*.

Case No. 25-cv-09998

Bankruptcy Appeal

**APPELLANT ROBERT CAMPBELL'S**
**MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Appellant Robert Campbell ("Appellant") respectfully moves, pursuant to Fed. R. Bankr. P. 8009(e)(2), for an order supplementing the record on appeal to include Appellant's Amended Notice of Appeal, which was filed in the Bankruptcy Court but was inadvertently omitted from the designated record transmitted on appeal.

In support thereof, Appellant states as follows:

1. Appellant filed an Amended Notice of Appeal in the Bankruptcy Court on November 22, 2025 (Doc 5511) from a final order entered on November 6, 2025.[1]

2. The Amended Notice of Appeal is material to the appellate record because it is the operative document invoking appellate court jurisdiction and identifies the orders appealed from.

---

[1] Appellant does not receive ECF filing notices in this district. Accordingly, the Notice of Appeal was due on or before November 24, 2025. Rule 9006(f) Additional Time After Certain Service. When a party may or must act within a specified time after being served and service is made by mail or under Fed. R. Civ. P. 5(b)(2)(D) (leaving with the clerk) or (F) (other means consented to), 3 days are added after the period would otherwise expire under (a).

-1-

3. The Amended Notice of Appeal was filed on the Bankruptcy Court docket and is already part of the underlying proceedings, but it appears to have been omitted from the record on appeal by error committed by the undersigned.

4. Under Fed. R. Bankr. P. 8009(e)(2), "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected, and a supplemental record may be certified and transmitted."

5. Supplementation will not prejudice any party because the Amended Notice of Appeal is not new evidence, does not alter the issues on appeal, and merely ensures that the appellate record accurately and affirmatively reflects the Court has jurisdiction to decide the appeal.

6. Appellant therefore requests that the Court direct that the Amended Notice of Appeal be included as part of the record on appeal, and that the supplemental record be transmitted if necessary.

WHEREFORE, Appellant respectfully requests that the Court enter an order:

a. Granting this Motion;

b. Directing that Appellant's Amended Notice of Appeal filed in the Bankruptcy Court on November 22, 2025 (Doc 5511) be added to and deemed part of the record on appeal; and

c. Granting such other and further relief as the Court deems just and proper.

Dated: March 11, 2026

Respectfully submitted,

/s/  Robert Campbell
Robert Campbell
1275 US – 1
Suite # 2-231
Vero Beach, FL32960
rcampbellvm@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that I have filed with the clerk of the court the foregoing motion

that will give notice to all parties that have appeared, including:


Appellees

Attorneys for Wind Down Estates
Richard W. Slack, Esq.
richard.slack@weil.com
Sunny Singh, Esq.
sunny.singh@weil.com
Weil, Gotshal & Manges LLP.
767 Fifth Avenue
New York, NY 10153


Sheila Ann Gibson,
Jordan A. Cole,
Courtney M. Cole
Mr. David J. Wolkenstein, Esq.
david.wolkenstein@fnf.com


Dated this 11th day of March, 2026.


/s/ Robert Campbell