UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DITECH HOLDING CORPORATION, *et al.*,<br><br>Debtors, | 25-CV-9998 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

*Pro se* Appellant Robert Campbell filed a notice of appeal from a decision by the United States Bankruptcy Court for the Southern District of New York. The Court's last two orders—one granting Mr. Campbell's request to supplement the record on appeal, Dkt. No. 15, and another granting Appellees' deadline extension request to respond to Mr. Campbell's brief, Dkt. No. 17, were returned to the Court as undeliverable. Mr. Campbell has not provided a new or different address, nor has he consented to electronic service. He shall so provide the Court with an updated address or otherwise consent to electronic service by May 1, 2026.

SO ORDERED.

Dated:    April 24, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge